## SAN FRANCISCO SAVINGS UNION v. LONG.[*]

### S. F. No. 1041; April 5, 1899.

#### 56 Pac. 882.

**Appeal.—A Remittitur will not be Recalled** where it conforms to the judgment as rendered, and it is too late to amend the judgment.

PER CURIAM.—The motion to recall remittitur heretofore issued in this case is denied. It conforms to the judgment as rendered, and it is now too late to amend the judgment. The motion to amend our record nunc pro tunc, so as to show that the order made on the first day of November, 1898, was an order directing the amendment of the record by supplying the deficiency specified in the plaintiff's suggestion of diminution, is granted.

---

[*]For opinion in department, see ante, p. 60, 53 Pac. 907, and for opinion in bank, see 123 Cal. 107, 55 Pac. 708.